U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts (626) 229-7225

**FILED**

JAN 2 7 2005

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

TO:     Bankruptcy Court - Oakland   (Attn: Patricia)
DATE:   1/3/05
RE:     QMECT, INC.
BAP NO: NC-04-1499
BANKRUPTCY NO: 04-41044              ADV. NO:
NOTICE OF APPEAL FILED:   9/24/04

Our files show the record on appeal is now complete, but a certificate of record has not been issued.  Please advise us as to any other steps needed to complete the record.  If the record is complete, please issue a Certificate of Readiness.

Comments: _____

_____

_____

_____

Deputy Clerk Processing this Appeal:

Name: _____

Phone: _____(510) 879-3576_____

Thank you for your assistance.

       Harold S. Marenus, BAP Clerk

       By: Edwina Clay
           Deputy Clerk

Case: 04-41044   Doc# 221   Filed: 01/27/05   Entered: 01/27/05 13:54:01   Page 1 of 1