# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: QMECT Inc., dba ELECTROCHEM

Case No. __04-41044__

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: __May-05__        PETITION DATE: __02/27/04__

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in __$1__

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $1,547,854 | $1,476,749 | $756,777 |
| b. Total Assets | $4,245,219 | $4,174,489 | $1,811,772 |
| c. Current Liabilities | $508,671 | $477,623 | $9,185,325 |
| d. Total Liabilities | $9,698,395 | $9,671,347 | $9,185,325 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $396,815 | $455,718 | $6,462,822 |
| b. Total Disbursements | $361,640 | $457,228 | $6,132,543 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $35,175 | ($1,510) | $330,279 |
| d. Cash Balance Beginning of Month | $331,204 | $332,714 | $34,293 |
| e. Cash Balance End of Month (c + d) | $366,379 | $331,204 | $366,379 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $40,885 | $90,458 | $262,461 |
| 5. Account Receivables (Pre and Post Petition) | $713,035 | $655,250 | |
| 6. Post-Petition Liabilities | $659,182 | $628,134 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $1,595 | $7,561 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | x - Normal Course | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __x__; U.S. Trustee Quarterly Fees __x__; Check if filing is current for: Post-petition tax reporting and tax returns: __x__.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

Note 1 - Some prior month items have been reclassified to accommodate greater transparency in the current period reporting
Note 2 - Payment of $10,155 to Environex in November, 2004 reclassified as payment of pre-petition debt.
Note 3 - Payment of $1,807.40 to Creech, Liebow & Kraus in May 4, 2005 was in error.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __6/20/05__                    _[signature]_ Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 05/26/05

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $494,538 | $430,000 | $64,538 | 1 | Gross Sales | $6,626,433 | $405,000 |
| $5,134 | $8,600 | $3,466 | 2 | less: Sales Returns & Allowances | $245,906 | $8,100 |
| $489,404 | $421,400 | $68,004 | 3 | Net Sales | $6,380,527 | $396,900 |
| $174,973 | $129,000 | ($45,973) | 4 | less: Cost of Goods Sold    (Schedule 'B') | $1,888,463 | $121,500 |
| $314,431 | $292,400 | $22,031 | 5 | Gross Profit | $4,492,064 | $275,400 |
| | | | 6 | Interest | | |
| | | | 7 | Other Income: | | |
| | | | 8 | | | |
| $314,431 | $292,400 | $22,031 | 10 | **Total Revenues** | $4,492,064 | $275,400 |
| | | | | **Expenses:** | | |
| 9,000 | $9,000 | - | 11 | Compensation to Owner(s)/Officer(s) | $135,000 | $9,000 |
| 137,334 | $142,200 | $4,866 | 12 | Salaries | $2,238,961 | $142,200 |
| | | | 13 | Commissions | | |
| | | | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| $16,272 | $16,272 | $0 | 15 |    Personal Property | $246,369 | $16,272 |
| | | | 16 |    Real Property | | |
| 22,245 | $15,000 | ($7,245) | 17 | Insurance (Health, Business, Car, Building) | $291,295 | $15,000 |
| | | | 18 | Management Fees | | |
| $375 | $375 | $0 | 19 | Depreciation-note fixed assets to FMV at 2/27/04 | $4,125 | $375 |
| | | | | Taxes: | | |
| 13,728 | $12,096 | ($1,632) | 20 |    Employer Payroll Taxes | $205,842 | $12,096 |
| $3,667 | $3,667 | - | 21 |    Real Property Taxes | $55,005 | $3,667 |
| - | - | - | 22 |    Other Taxes | $5,394 | $0 |
| 667 | $4,000 | $3,333 | 23 | Other Selling | $10,077 | $4,000 |
| $6,895 | $9,500 | $2,605 | 24 | Other Administrative | $165,099 | $9,932 |
| 2,464 | $2,464 | $0 | 25 | Interest--post petition loan and secured property tax | $37,276 | $2,464 |
| | | - | 26 | Other Expenses: | | |
| | | | 27 | Other Income/Expenses | | |
| $1,255 | $1,500 | $245 | 28 | Bank Charges/Credit Card Charges | $19,319 | $1,500 |
| $821 | $2,000 | $1,179 | 29 | Accounting Systems Upgrade & Consulting | $40,855 | $2,000 |
| $14,511 | $4,000 | ($10,511) | 30 | Bad Debt Expenses (Recovery) | $127,160 | $4,000 |
| $10,058 | $15,500 | $5,442 | 31 | Workers Compensation Insurance | $244,120 | $10,200 |
| $9,254 | $7,300 | ($1,954) | 32 | Hauling Costs | $78,778 | $7,300 |
| | | | 33 | | | |
| $0 | $0 | - | 34 | Prior Period Adjustment | ($41,322) | $0 |
| $248,546 | $244,874 | ($3,672) | 35 | **Total Expenses** | $3,863,353 | $240,006 |
| $65,885 | $47,526 | $18,359 | 36 | **Subtotal** | $628,711 | $35,394 |
| | | | | **Reorganization Items:** | | |
| $20,000 | $20,000 | - | 37 | Professional Fees | $348,000 | $20,000 |
| | | - | 38 | Provisions for Rejected Executory Contracts | | |
| | | - | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| - | - | - | 40 | Gain or (Loss) from Sale of Equipment | ($5,500) | $0 |
| 5,000 | 3,750 | 1,250 | 41 | U.S. Trustee Quarterly Fees | $23,750 | $0 |
| | | | 42 | | | |
| $25,000 | $23,750 | 1,250 | 43 | **Total Reorganization Items** | $366,250 | $20,000 |
| $40,885 | $23,776 | $17,109 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $262,461 | $15,394 |
| | | | 45 | Federal & State Income Taxes | | |
| $40,885 | $23,776 | $17,109 | 46 | **Net Profit (Loss)** | $262,461 | $15,394 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 05/26/05

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | 366,379 |
| 2 | Cash and cash equivalents - restricted - Adequate Protection Acct. (P, S, Z, Y & W) | | 175,179 |
| 3 | Accounts receivable (net) | A | 713,035 |
| 4 | Inventory | B | 74,883 |
| 5 | Prepaid expenses - Insurance | | 44,038 |
| 6 | Professional retainers | | 31,000 |
| 7 | Other: Insurance proceeds in Attorney's Trust Account | | 6,300 |
| 8 | Deposits (PG&E and water) | | 64,035 |
| | Deposits (Workers Comp) | | 46,199 |
| | Prepaid Property Tax | | 24,999 |
| | Check paid in error | | 1,807 |
| 9 | **Total Current Assets** | | 1,547,854 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | 2,510,000 |
| 11 | Machinery, equipment and fixtures | D | 164,890 |
| 12 | Vehicles | D | 17,000 |
| 13 | Office equipment and furniture | D | 5,475 |
| 14 | Leasehold improvements | | |
| 15 | | | |
| 16 | Other: | | |
| 17-20 | | | |
| 21 | **Total Property and Equipment** | | 2,697,365 |
| | **Other Assets** | | |
| 22 | Loans to shareholders-(loan to shareholder offset v loan to company at 2/27/04) | | - |
| 23 | Loans to affiliates | | |
| 24-27 | | | |
| 28 | **Total Other Assets** | | - |
| 29 | **Total Assets** | | 4,245,219 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---:|
| 30 | Salaries and wages | 58,634 |
| 31 | Payroll taxes | 19,630 |
| 32 | Real and personal property taxes | |
| 33 | Income taxes | |
| 34 | Sales taxes | 182 |
| 35 | Notes payable (short term) - Insurance | 17,436 |
| 36 | Accounts payable (trade-excludes disputed items) | 8,364 |
| 37 | Real property lease arrearage | |
| 38 | Personal property lease arrearage | 32,321 |
| 39 | Accrued professional fees-estimated | 330,000 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | |
| 41 | Other: Accrued Interest Payable | 36,885 |
| 42 | 401K Accrual | 5,219 |
| 43 | | |
| 44 | **Total Current Liabilities** | 508,671 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | 150,511 |
| 46 | **Total Post-Petition Liabilities** | 659,182 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| | Secured claims | | 114,139 |
| 47 | Secured claims - (disputed) | F | 6,011,743 |
| 48 | Priority unsecured claims | F | 491,843 |
| 49 | General unsecured claims | F | 2,421,488 |
| 50 | **Total Pre-Petition Liabilities** | | 9,039,213 |
| 51 | **Total Liabilities** | | 9,698,395 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | (4,795,718) |
| 53 | Additional paid-in capital | 680,085 |
| 54 | Cumulative profit/(loss) since filing of case | 262,461 |
| 55 | Retained Earnings Pre Petition | (514,158) |
| 56 | | |
| 58 | Market value adjustment | (1,085,846) |
| 59 | **Total Equity (Deficit)** | (5,453,176) |
| 60 | **Total Liabilities and Equity (Deficit)** | 4,245,219 |

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | $417,695 | $6,769 | |
| 31-60 Days | $218,754 | $0 | |
| 61-90 Days | $69,150 | $0 | $1,595 |
| 91+ Days | $78,857 | 1,595 | |
| Total accounts receivable/payable | $784,456 | $8,364 | *A/P AGING EXCLUDES |
| Allowance for doubtful accounts | $71,421 | | DISPUTED INVOICES |
| Accounts receivable (net) | $713,035 | **SEE NOTE | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | 105,797 |
| | | Add - | |
| Retail/Restaurants - Product for resale | | Net purchase | 85,869 |
| | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - Products for resale | | Freight in | |
| | | Other: | |
| | | Production (Includes PG&E) | 58,190 |
| Manufacturer - Raw Materials | $74,883 | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | 74,883 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | Cost of Goods Sold | 174,973 |
| TOTAL | $74,883 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
  Yes _____   No __x__
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | __x__ |

Date of last physical inventory was   9/30/2003 0:00

Date of next physical inventory is

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | _____ |
| LIFO cost approximates actual | __x__ |
| Lower of cost or market | _____ |
| Retail method | _____ |
| Other | _____ |
|  Explain | |

**NOTE:** $24,440.99 of Debtor's account receivable balance (of which $7,436.30 is 120+ days) relates to an invoice to for parts that were stolen while There is insurance for such loss and the customer has indicated that it will pay such invoice promptly upon receipt of the insurance proceeds. Therefore, such account receivable is not being included in the reserve for doubtful collection.

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $5,508 | | | | $5,508 |
| FICA - Employee | $4,571 | | | | $4,571 |
| FICA - Employer | $4,571 | | | | $4,571 |
| Unemployment (FUTA) | $130 | | | | $130 |
| Income | | | | | $0 |
| Other -Medicare | $2,138 | | | | $2,138 |
| **Total Federal Taxes** | $16,918 | $0 | $0 | $0 | $16,918 |
| **State and Local** | | | | | |
| Income Tax Withholding | $1,169 | | | | $1,169 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | $796 | | | | $796 |
| Empl. Training Tax (ETT) | $16 | | | | $16 |
| Sales | $7 | $56 | $49 | $70 | $182 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other -SUI | $731 | | | | $731 |
| **Total State & Local Taxes** | $2,719 | $56 | $49 | $70 | $2,894 |
| **Total Taxes** | $19,637 | $56 | $49 | $70 | $19,812 |

### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims | $114,139 | |
| DISPUTED Secured claims  (a) | $6,011,743 | |
| Priority claims other than taxes | $12,692 | |
| Priority tax claims | $479,151 | |
| General unsecured claims | $2,421,488 | |

(a)  List total amount of claims even it under secured.
(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | | | |
| Account Type | DIP Account | Petty Cash | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | $366,379 | $70 | | |
| Total Funds on Hand for all Accounts | $366,449 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| Commercial Building & land | $3,830,478 | $2,510,000 * |
| 32500 Central Avenue | | |
| Union City, CA 94587 | | |
| Total | $3,830,478 | $2,510,000 |

*Per Bankruptcy Court Valuation

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery, Equipment & Fixtures | | |
|     Machinery, Equipment & Fixtures | $1,582,724 | $164,890 |
|     Leased Equipment | $2,511,644 | $0 |
| Total | $4,094,368 | $164,890 |
| | | |
| Furniture - **See Below** | . | |
| Total | | |
| | | |
| Office Equipment - | | |
|     Office Equipment & Furniture | $428,937 | $5,475 |
| Total | $428,937 | $5,475 |
| | | |
| Leasehold Improvements - | | |
|     Leasehold Improvements | $4,332 | $0 |
| Total | $4,332 | $0 |
| | | |
| Vehicles - | | |
|     HINO Delivery Truck (1996) | 40,194 | $10,000 |
|     New Van | $11,600 | $7,000 |
| Total | $51,794 | $17,000 |

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    05/26/05

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | 393,148 | 6,269,663 |
| 3 | Interest Received | | |
| 4 | Borrowings | | 150,511 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Other cash receipts - Refund from Materials Purchased | | 16,207 |
| 8 | Net of Voided Checks & Bank Adjustments (per AJE) | | 21,744 |
| 9 | Voided Check - Verizon | | 1,030 |
| 10 | Duplicate Payment by Customer - to be refunded | 3,667 | 3,667 |
| 11 | | | |
| 12 | **Total Cash Receipts** | 396,815 | 6,462,822 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory (includes silver & gold recovery) | 56,091 | 1,401,756 |
| 42 | Production costs (includes PG&E, hauling costs) | 58,993 | 583,476 |
| 14 | Selling | | 40,538 |
| 15 | Administrative | 16,028 | 292,294 |
| 16 | Capital Expenditures | | - |
| 17 | Principal Payments on Debt | | - |
| 18 | Interest Paid | | - |
| | Rent/Lease: | | - |
| 19 |    Personal Property | | - |
| 20 |    Real Property | | - |
| | Amount Paid to Owner(s)/Officer(s) | | - |
| 21 |    Salaries | 9,000 | 135,000 |
| 22 |    Draws | | - |
| 23 |    Commissions/Royalties | | - |
| 24 |    Expense Reimbursements | | - |
| 25 |    Other | | - |
| 26 | Salaries/Commissions (Net of Withholding) | 110,461 | 1,819,313 |
| 27 | Management Fees | | - |
| | Taxes: | | - |
| 28 |    Employee Withholding | 26,098 | 405,850 |
| 29 |    Employer/Payroll Taxes | 13,556 | 240,699 |
| 30 |    Real Property Taxes | | - |
| 31 |    Other Taxes - Sales Tax, Penalties, Property | - | 87,290 |
| 32 | Other Cash Outflows: | | - |
| 33 |    Workers Compensation Insurance Deposit | | 46,199 |
| 34 |    Health Insurance (Includes Employee Contributions & Cure) | 20,680 | 283,054 |
| 35 |    Lease Payments | 13,341 | 212,444 |
| 36 |    Workers Compensation Insurance | 10,058 | 239,430 |
| 37 |    Deposits - PG&E & Water | | 64,035 |
| |    U.S. Trustee Payment | 5,000 | 23,750 |
| |    401K Plan Withholding | 5,229 | 51,396 |
| |    Adequate Protection Account (P, S, Z, Y & W) | 14,589 | 175,179 |
| |    Accounting Systems Upgrade & Consulting | 709 | 38,948 |
| |    New Van | | 11,600 |
| |    Professional Fees | | 19,807 |
| |    Check paid in error | 1,807 | 1,807 |
| |    Prior Period Adjustments | | (41,322) |
| 38 | **Total Cash Disbursements:** | 361,640 | 6,132,543 |
| 39 | **Net Increase (Decrease) in Cash** | 35,175 | 330,279 |
| 40 | **Cash Balance, Beginning of Period** | 331,204 | 34,293 |
| 41 | **Cash Balance, End of Period** | 366,379 | 364,572 |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended   05/26/05**

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | 393,148 | 6,269,663 |
| | Other Cash Receipts | 3,667 | 42,648 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | - | - |
| 4 | Cash Paid to Suppliers | 56,091 | 1,398,827 |
| 5 | Cash Paid for Selling Expenses | - | 40,538 |
| 6 | Cash Paid for Administrative Expenses | 21,257 | 324,919 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | 110,461 | 1,509,088 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | 9,000 | 351,371 |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | 13,556 | 197,497 |
| 17 | Employee Withholdings | 26,098 | 423,538 |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes - Sales Tax, Penalties, Property | - | 87,290 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Workers Compensation Insurance Deposit | - | 46,199 |
| 22 | Less post-petition payments of pre-petition debts | - | (52,705) |
| 23 | Production costs (includes PG&E, water) | 58,993 | 583,476 |
| 24 | Lease Payments | 13,341 | 212,444 |
| 25 | Health Insurance (Include Employee Contribution) | 16,680 | 278,136 |
| 26 | Workers Compensation Insurance | 10,058 | 239,426 |
| | Deposits PG&E | | 64,035 |
| | New Purchase - Van | | 11,600 |
| | Adequate Protection Account (P, S, Z, Y & W) | 14,589 | 175,180 |
| | Accounting Systems Upgrade & Consulting | 709 | 38,948 |
| | Prior Period Adjustments - See Details | - | (41,322) |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | 45,982 | 423,826 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| | Professional Fees Paid for Services in Connection with Chapter 11 Case (Appraisal Fee, Criminal & Environmental | | |
| 29 | Attorney) | - | 18,000 |
| | Check Paid in Error | 1,807 | 1,807 |
| 30 | U.S. Trustee Quarterly Fees | 5,000 | 23,750 |
| 31 | Prepetition Payroll and Taxes | | 117,987 |
| | Post-petition payments of pre-petition debts (Includes Kaiser cure payments) | 4,000 | 80,705 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | 10,807 | 242,249 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | 35,175 | 181,577 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | - | |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | 150,511 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | - | 150,511 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | 35,175 | 332,088 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 331,204 | 34,291 |
| 46 | **Cash and Cash Equivalents at End of Month** | 366,379 | 366,379 |

# **CERTIFICATE OF SERVICE**

I am employed at 400 Montgomery Street, Suite 1000, San Francisco, California 94104 in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action.

On June 17, 2005, I served the document(s) described as **MONTHLY OPERATING REPORT (Month Ended: May 2005)** in this action by attaching the above document(s) to an email addressed as follows:

**Office of the U.S. Trustee**
Office of the United States Trustee
Oakland Division
Attn: Maggie McGee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5217
Facsimile: 510/273-4163
Email: Maggie.McGee@usdoj.gov

Pachulski Stang, et al.
Attn: Tobias S. Keller, Esq.
Three Embarcadero Center, Suite 1020
San Francisco, CA 94111
Facsimile: 415/263-7010
Email: tkeller@pszyjw.com

Philip J. Nicholsen, Esq.
211 Main Street, Suite 740
San Francisco, CA 94105
Facsimile: 415/364-4001
Email: nicholsenlaw@yahoo.com

[X]  (BY ELECTRONIC TRANSMISSION) I caused the above-referenced document(s) to be electronically transmitted to the email address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 17, 2005, at San Francisco, California.

*Kim Do*