# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re: QMECT, INC. §  Case No. 04-41044
§
DBA, ELECTROCHEM §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN T. KENDALL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,843,829.44
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $22,563.44

Claims Discharged
Without Payment: $4,080,977.62

Total Expenses of Administration: $52,791.43

3)  Total gross receipts of $ 75,354.87 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $75,354.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,011,743.00 | $463,153.70 | $22,563.44 | $22,563.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 299,193.67 | 299,193.67 | 52,791.43 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 2,115,285.74 | 2,115,285.74 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 689,374.39 | 645,299.40 | 645,299.40 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,484,207.19 | 1,454,562.25 | 1,454,562.25 | 0.00 |
| **TOTAL DISBURSEMENTS** | $9,185,324.58 | $4,977,494.76 | $4,536,904.50 | $75,354.87 |

4)  This case was originally filed under Chapter 7 on February 27, 2004. The case was pending for 82 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2011            By: /s/JOHN T. KENDALL
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MOTION FOR STAY, PENDING APPEAL | 1249-000 | 50,000.00 |
| PG&E DEPOSIT | 1229-000 | 22,563.44 |
| PREFERENCE PYMT/BUSINESS DEBT | 1229-000 | 2,500.00 |
| Interest Income | 1270-000 | 291.43 |
| **TOTAL GROSS RECEIPTS** | | $75,354.87 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 -1 | GMAC | 4210-000 | N/A | 2,968.79 | 0.00 | 0.00 |
| 18 -1 | ALLCO Enterprises Inc. | 4210-000 | N/A | 73,586.34 | 0.00 | 0.00 |
| 19 -1 | ALLCO Enterprises Inc. | 4210-000 | N/A | 67,322.74 | 0.00 | 0.00 |
| 28 -1 | Best Service Company | 4210-000 | N/A | 59,719.02 | 0.00 | 0.00 |
| 30 -1 | Alameda County Office of Treasurer & Tax Collecti | 4220-000 | N/A | 480.90 | 0.00 | 0.00 |
| 31 -1 | Alameda County Office of Treasurer & Tax Collecti | 4220-000 | N/A | 156.53 | 0.00 | 0.00 |
| 32S-1 | ACC Capital Corp | 4110-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| 37 -1 | Dennis D. Miller, Esq. | 4220-000 | N/A | 155,805.25 | 0.00 | 0.00 |
| 41 -1 | Alameda County Office of Treasurer & Tax Collecti | 4110-000 | N/A | 8,451.91 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 42 -1 Alameda County Office of Treasurer & Tax Collecti | 4210-000 | N/A | 27,572.37 | 0.00 | 0.00 |
| 43 -1 Alameda County Office of Treasurer & Tax Collecti | 4210-000 | N/A | 22,721.37 | 0.00 | 0.00 |
| 44 -1 Alameda County Office of Treasurer & Tax Collecti | 4210-000 | N/A | 512.54 | 0.00 | 0.00 |
| 46 -1 Alameda County Office of Treasurer & Tax Collecti | 4210-000 | N/A | 413.87 | 0.00 | 0.00 |
| 49 -1 Pacific Gas and Electric | 4220-000 | N/A | | 0.00 | 0.00 |
| 72 -1 Alameda County Office of Treasurer & Tax Collecti | 4120-000 | N/A | 878.63 | 0.00 | 0.00 |
| SEC-1 BURLINGAME CAPITAL PARTNERS | 4220-000 | 3,459,143.00 | 22,563.44 | 22,563.44 | 22,563.44 |
| NOTFILED-1 Electrochem Funding LLC | 4110-000 | 2,552,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $6,011,743.00 | $463,153.70 | $22,563.44 | $22,563.44 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN T. KENDALL | 2100-000 | N/A | 7,017.53 | 7,017.53 | 1,186.70 |
| JOHN T. KENDALL | 2200-000 | N/A | 102.22 | 102.22 | 17.29 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 138.29 | 138.29 | 138.29 |
| REIDUN STROMSHEIM | 3210-000 | N/A | 233,643.50 | 233,643.50 | 39,514.06 |
| STEPHEN V. WICKERSHAM, ESQ. | 3210-600 | N/A | 32,257.35 | 32,257.35 | 5,454.87 |
| KIRK B FREEMAN | 3210-600 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| REIDUN STROMSHEIM | 3220-000 | N/A | 6,132.73 | 6,132.73 | 1,037.17 |
| STEPHEN V. WICKERSHAM, ESQ. | 3220-610 | N/A | 473.58 | 473.58 | 80.08 |
| RICHARD PIEROTTI | 3410-000 | N/A | 1,611.50 | 1,611.50 | 272.54 |
| RICHARD PIEROTTI | 3420-000 | N/A | 66.97 | 66.97 | 11.33 |
| U.S. Trustee | 2950-000 | N/A | 15,250.00 | 15,250.00 | 2,579.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 299,193.67 | 299,193.67 | 52,791.43 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| Employment Development Dept. | 6820-000 | N/A | 10,702.58 | 10,702.58 | 0.00 |
| Manasian & Rougeau, LLP (ADMINISTRATIVE) | 6990-000 | N/A | 1,000,000.00 | 1,000,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claimant | | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| Marc Lumer & C0. | | 6990-000 | N/A | 361,600.00 | 361,600.00 | 0.00 |
| Philip J. Nicholsen, Esq. | | 6990-000 | N/A | 400,000.00 | 400,000.00 | 0.00 |
| Alameda County Office of Treasurer & Tax Collecti | | 6990-000 | N/A | 1,997.27 | 1,997.27 | 0.00 |
| Alameda County Office of Treasurer & Tax Collecti | | 6990-000 | N/A | 67,827.90 | 67,827.90 | 0.00 |
| Brian Fitzpatrick (ADMINISTRATIVE) | | 6990-000 | N/A | 227,486.72 | 227,486.72 | 0.00 |
| Burlingame Capital Partners II, L.P. | | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| Electrochem Funding, LLC | | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| Burlingame Capital Partners II, L.P. | | 6990-000 | N/A | 0.00 | 0.00 | 0.00 |
| State Board of Equalization | | 6990-000 | N/A | 45,671.27 | 45,671.27 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | 2,115,285.74 | 2,115,285.74 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 35 -1 | Kaiser Foundational Health Plan | 5400-000 | N/A | 36,492.18 | 36,492.18 | 0.00 |
| 38 -1 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 47 -1 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 50P-1 | Employment Development Department | 5800-000 | 50,000.00 | 54,434.48 | 54,434.48 | 0.00 |
| 51P-1 | Roe, Marshall | 5300-000 | N/A | 4,650.00 | 4,650.00 | 0.00 |
| 53 -1 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 56P-1 | Internal Revenue Service | 5800-000 | 450,249.00 | 333,875.49 | 333,875.49 | 0.00 |
| 69 -1 | State Comp Ins Fund | 5800-000 | N/A | 138,200.74 | 138,200.74 | 0.00 |
| 73 -1 | Alameda County Office of Treasurer & Tax Collecti | 5800-000 | 37,237.34 | 75,058.89 | 75,058.89 | 0.00 |
| 74 -1 | Alameda County Office of Treasurer & Tax Collecti | 5800-000 | N/A | 1,776.24 | 1,776.24 | 0.00 |
| 79 -1 | Franchise Tax Board | 5800-000 | N/A | 811.38 | 811.38 | 0.00 |
| NOTFILED-1 | City of Hayward | 5200-000 | 1,589.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | City of Union City | 5200-000 | 3,392.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | BISYS Retirement Services | 5200-000 | 12,652.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Employees of Qmect, Inc. | 5300-000 | 83,433.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Employment Development Department | 5800-000 | 2,214.39 | N/A | N/A | 0.00 |
| NOTFILED-1 | Donald R White, Treasurer & Tax Collector | 5800-000 | 37,237.34 | N/A | N/A | 0.00 |
| NOTFILED-1 | Employment Development Department | 5800-000 | 9,674.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Employment Development Department | 5800-000 | 1,306.83 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | NOTFILED-1 State Board of Equalization | 5800-000 | 389.49 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 689,374.39 | 645,299.40 | 645,299.40 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | EFD, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -1 | San Jose Boiler Works, Inc. | 7100-000 | N/A | 452.08 | 452.08 | 0.00 |
| 3 -1 | Ionics Ultrapure Water Company | 7100-000 | N/A | 1,515.50 | 1,515.50 | 0.00 |
| 4 -1 | Chemical Solutions, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -1 | ABCO Products of Sacramento | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 -1 | Tri-Mer Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 7 -1 | Jenssen Scales, Inc. | 7100-000 | N/A | 303.66 | 303.66 | 0.00 |
| 8 -1 | California Safety Company, Inc. | 7100-000 | N/A | 740.99 | 740.99 | 0.00 |
| 9 -1 | Business Debt Solutions | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 -1 | Wells Fargo Bank | 7100-000 | N/A | 8,426.88 | 8,426.88 | 0.00 |
| 12 -1 | Adjustment Bureau Inc. Assignee of | 7100-000 | N/A | 18,777.70 | 18,777.70 | 0.00 |
| 13 -1 | Pacific Coast Chemicals Co. | 7100-000 | N/A | 9,987.56 | 9,987.56 | 0.00 |
| 14 -1 | Alameda County Water District | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 -1 | Pacific Gas and Electric | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 -1 | Allen, Matkins, Leck, Gamble& Mallory, LLP | 7100-000 | N/A | 33,086.89 | 33,086.89 | 0.00 |
| 17 -1 | Fidelity Chemical Products Corporation | 7100-000 | N/A | 2,307.25 | 2,307.25 | 0.00 |
| 20 -1 | Lippenberger, Thompson, Welch, Soroko & Gilbert | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 -1 | Union Sanitary District | 7100-000 | N/A | 54,447.71 | 54,447.71 | 0.00 |
| 22 -1 | Electrochem Funding, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 23 -1 | Electrochem Funding, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 -1 | Burlingame Capital Partners | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 25 -1 | Burlingame Capital Partners | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 26 -1 | De Nora North America | 7100-000 | N/A | 688.00 | 688.00 | 0.00 |
| 27 -1 | SBC of CA | 7100-000 | N/A | 2,605.79 | 2,605.79 | 0.00 |
| 29 -1 | Coral Chemical Co. | 7100-000 | N/A | 1,871.36 | 1,871.36 | 0.00 |
| 32U-1 | ACC Capital Corp | 7100-000 | N/A | 96,286.85 | 96,286.85 | 0.00 |
| 33 -1 | Rohm and Haas Electronic Matierials | 7100-000 | N/A | 42,990.00 | 42,990.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 04-41044   Doc# 782   Filed: 02/15/11   Entered: 02/15/11 15:14:46   Page 6 of 13

| | | | | | |
|---|---|---|---|---|---|
| 34 -1 Soloman, Pearl, Blum, Hey & Stich, LLP | 7100-000 | N/A | 4,863.34 | 4,863.34 | 0.00 |
| 36 -1 Frank Nagy | 7100-000 | N/A | 614,203.63 | 614,203.63 | 0.00 |
| 39 -1 Siegler Law Group | 7100-000 | N/A | 94,067.83 | 94,067.83 | 0.00 |
| 40 -1 JAMS | 7100-000 | N/A | 4,662.50 | 4,662.50 | 0.00 |
| 45 -1 Airgas | 7100-000 | N/A | 1,338.94 | 1,338.94 | 0.00 |
| 50U-1 Employment Development Department | 7100-000 | N/A | 15,019.20 | 15,019.20 | 0.00 |
| 51U-1 Roe, Marshall | 7100-000 | N/A | 20,650.00 | 20,650.00 | 0.00 |
| 52 -1 Palm Freight Systems, Inc. | 7100-000 | N/A | 1,049.81 | 1,049.81 | 0.00 |
| 54 -1 Hayward Water System | 7100-000 | N/A | 1,257.30 | 1,257.30 | 0.00 |
| 55 -1 Union Sanitary District | 7100-000 | N/A | 48,093.15 | 48,093.15 | 0.00 |
| 56U-1 Internal Revenue Service | 7100-000 | N/A | 105,820.12 | 105,820.12 | 0.00 |
| 57 -1 Pacific Gas and Electric | 7100-000 | N/A | 13,697.39 | 13,697.39 | 0.00 |
| 58 -1 SFC Capital | 7100-000 | N/A | 8,549.05 | 8,549.05 | 0.00 |
| 59 -1 Mobile Storage Group, Inc. | 7100-000 | N/A | 3,338.60 | 3,338.60 | 0.00 |
| 60 -1 Oto, Ronald K. | 7100-000 | N/A | 1,709.81 | 1,709.81 | 0.00 |
| 61 -1 EFD, Inc. | 7100-000 | N/A | 121.03 | 121.03 | 0.00 |
| 62 -1 Business Debt Solutions | 7100-000 | N/A | 117,141.57 | 117,141.57 | 0.00 |
| 64 -1 Shipley Company/Rohm and Haas | 7100-000 | N/A | 21,421.40 | 21,421.40 | 0.00 |
| 65 -1 Tri-Mer Corporation | 7100-000 | N/A | 614.86 | 614.86 | 0.00 |
| 66 -1 ABCO Products of Sacramento | 7100-000 | N/A | 74,261.88 | 74,261.88 | 0.00 |
| 67 -1 SFC Capital | 7100-000 | N/A | 8,066.90 | 8,066.90 | 0.00 |
| 68 -1 Waste Management | 7100-000 | N/A | 393.27 | 393.27 | 0.00 |
| 71 -1 Chemical Solutions, Inc. | 7100-000 | N/A | 14,740.00 | 14,740.00 | 0.00 |
| 78 -1 Verizon Wireless West | 7100-000 | N/A | 857.21 | 857.21 | 0.00 |
| 87 -1 State Board of Equalization | 7200-000 | N/A | 4,135.24 | 4,135.24 | 0.00 |
| NOTFILED-1 All unscheduled unsecured claims | 7100-000 | 2,484,207.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 2,484,207.19 | 1,454,562.25 | 1,454,562.25 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-41044  
**Case Name:** QMECT, INC.

**Trustee:** (007360) JOHN T. KENDALL  
**Filed (f) or Converted (c):** 10/06/06 (c)  
**§341(a) Meeting Date:** 11/07/06  
**Claims Bar Date:** 01/30/07

**Period Ending:** 01/13/11

| | 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMERCIAL BUILDING & LAND - CH 11 FORECLOSED IN CHAPTER 11 | 901,030.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK OF AMERICA - CH 11 | 29,900.00 | 0.00 | DA | 0.00 | FA |
| 3 | COMERICA BANK - CH11 | 3,497.00 | 0.00 | DA | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE - CH 11 | 726,877.00 | 0.00 | DA | 0.00 | FA |
| 5 | TRADE NAME - CH 11 | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | 1999 CHEVY VAN- CH 11 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1996 HINO DELIVERY VAN - CH 11 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | OFFICE FURNITURE - CH 11 | 5,475.00 | 0.00 | DA | 0.00 | FA |
| 9 | FACTORY MACHINERY - CH 11 | 138,487.00 | 0.00 | DA | 0.00 | FA |
| 10 | CHEMICALS - CH 11 | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | LOANS: FRED KOELLING - CH 11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | STATE COURT LAWSUIT (u) Settllement recorded at asset 13 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 13 | MOTION FOR STAY, PENDING APPEAL (u) Settlement of all claims Burlingame parties, Asset #12, 13, 14 and 15 | 100,000.00 | 100,000.00 | | 50,000.00 | FA |
| 14 | LIEN CHALLANGE LAWSUIT (u) Settlement recorded at asset 13 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | PREFERENCE CLAIM, BURLINGAME (u) Settlement recorded at asset 13 | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | PG&E DEPOSIT (u) | 22,563.44 | 22,563.44 | DA | 22,563.44 | FA |
| 17 | PREFERENCE PYMT/BUSINESS DEBT (u) | 2,500.00 | 2,500.00 | DA | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 291.43 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$1,968,829.44** | **$150,063.44** | | **$75,354.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

This case is administratively insolvent and the Trustee is in the process of preparing the final account

Case: 04-41044   Doc# 782   Filed: 02/15/11   Entered: 02/15/11 15:14:46   Page 8 of 13

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-41044

**Case Name:** QMECT, INC.

**Period Ending:** 01/13/11

**Trustee:** (007360) JOHN T. KENDALL

**Filed (f) or Converted (c):** 10/06/06 (c)

**§341(a) Meeting Date:** 11/07/06

**Claims Bar Date:** 01/30/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 1, 2009

**Current Projected Date Of Final Report (TFR):** September 17, 2010 (Actual)

Case: 04-41044    Doc# 782    Filed: 02/15/11    Entered: 02/15/11 15:14:46    Page 9 of 13

Printed: 01/13/2011 09:20 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-41044

**Case Name:** QMECT, INC.

**Taxpayer ID #:** **-***3737

**Period Ending:** 01/13/11

**Trustee:** JOHN T. KENDALL (007360)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****79-65 - Money Market Account

**Blanket Bond:** N/A

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/29/06 | {16} | PACIFIC GAS & ELECTRIC | DEPOSIT REFUND | 1229-000 | 22,563.44 | | 22,563.44 |
| 11/13/06 | 1001 | BURLINGAME CAPITAL PARTNERS | REMIT SECURITY DEPOSIT | 4220-000 | | 22,563.44 | 0.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.39 | | 9.39 |
| 01/26/07 | {17} | BUSINESS DEBT SOLUTIONS INC | PREFERENCE PAYMENT | 1229-000 | 2,500.00 | | 2,509.39 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.11 | | 2,509.50 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.53 | | 2,511.03 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.65 | | 2,512.68 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,514.38 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,516.08 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.59 | | 2,517.67 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.76 | | 2,519.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.71 | | 2,521.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.54 | | 2,522.68 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.82 | | 2,524.50 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.65 | | 2,526.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.71 | | 2,527.86 |
| 01/16/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2008 FOR CASE #04-41044, BOND PREMIUM # 016030864 | 2300-000 | | 3.91 | 2,523.95 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.65 | | 2,525.60 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 0.86 | | 2,526.46 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.78 | | 2,527.24 |
| 04/02/08 | {13} | WELLS FARGO BANK/ BURLINGAME PARTIES | SETTLEMENT | 1249-000 | 50,000.00 | | 52,527.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 15.58 | | 52,542.82 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 16.03 | | 52,558.85 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 15.60 | | 52,574.45 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 15.61 | | 52,590.06 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 14.61 | | 52,604.67 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 16.12 | | 52,620.79 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 17.21 | | 52,638.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 12.76 | | 52,650.76 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 10.02 | | 52,660.78 |
| 01/14/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2009 FOR CASE #04-41044, BOND #016030864 TERM: 01-01-09 TO 01-01-10 | 2300-000 | | 66.69 | 52,594.09 |
| | | | Subtotals : | | $75,228.13 | $22,634.04 | |

{} Asset reference(s)

Case: 04-41044   Doc# 782   Filed: 02/15/11   Entered: 02/15/11 15:14:46   Page 10 of 13

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-41044

**Case Name:** QMECT, INC.

**Taxpayer ID #:** **-***3737

**Period Ending:** 01/13/11

**Trustee:** JOHN T. KENDALL (007360)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****79-65 - Money Market Account

**Blanket Bond:** N/A

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.04 | | 52,600.13 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 5.64 | | 52,605.77 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.44 | | 52,612.21 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.04 | | 52,618.25 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 5.84 | | 52,624.09 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.44 | | 52,630.53 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.24 | | 52,636.77 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.24 | | 52,643.01 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.04 | | 52,649.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.04 | | 52,655.09 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.25 | | 52,661.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.25 | | 52,667.59 |
| 01/27/10 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2010 FOR CASE #04-41044, Bond # 016030864 From 01-01-10 to 01-01-11 | 2300-000 | | 67.69 | 52,599.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 5.84 | | 52,605.74 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 5.64 | | 52,611.38 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1400% | 1270-000 | 6.64 | | 52,618.02 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1400% | 1270-000 | 1.00 | | 52,619.02 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -52,619.02 | | 0.00 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 22,701.73 | 22,701.73 | $0.00 |
| Less: Bank Transfers | | -52,619.02 | 0.00 | |
| **Subtotal** | | 75,320.75 | 22,701.73 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$75,320.75** | **$22,701.73** | |

Case: 04-41044     Doc# 782     Filed: 02/15/11     Entered: 02/15/11 15:14:46     Page 11 of 13

{} Asset reference(s)

Printed: 01/13/2011 01:12 PM     V.12.56

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-41044

**Case Name:** QMECT, INC.

**Taxpayer ID #:** **-***3737

**Period Ending:** 01/13/11

**Trustee:** JOHN T. KENDALL (007360)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******79-65 - Money Market Account

**Blanket Bond:** N/A

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 52,619.02 | | 52,619.02 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 5.04 | | 52,624.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.25 | | 52,630.31 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.06 | | 52,636.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.26 | | 52,642.63 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1400% | 1270-000 | 6.25 | | 52,648.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 52,650.17 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.34 | | 52,651.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.29 | | 52,652.80 |
| 12/09/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.34 | | 52,653.14 |
| 12/09/10 | | To Account #9200******7966 | TRANSFER OF FUNDS FOR FINAL ACCOUNTING | 9999-000 | | 52,653.14 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 52,653.14 | 52,653.14 | **$0.00** |
| Less: Bank Transfers | 52,619.02 | 52,653.14 | |
| **Subtotal** | **34.12** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$34.12** | **$0.00** | |

{} Asset reference(s)

Printed: 01/13/2011 01:12 PM   V.12.56

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 04-41044 | **Trustee:** | JOHN T. KENDALL (007360) |
| **Case Name:** | QMECT, INC. | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******79-66 - Checking Account |
| **Taxpayer ID #:** | **-***3737 | **Blanket Bond:** | N/A |
| **Period Ending:** | 01/13/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/09/10 | | From Account #9200******7965 | TRANSFER OF FUNDS FOR FINAL ACCOUNTING | 9999-000 | 52,653.14 | | 52,653.14 |
| 12/16/10 | 101 | KIRK B FREEMAN | Final Distribution | 3210-600 | | 2,500.00 | 50,153.14 |
| 12/16/10 | 102 | JOHN T. KENDALL | Final Distribution | 2200-000 | | 17.29 | 50,135.85 |
| 12/16/10 | 103 | JOHN T. KENDALL | Final Distribution | 2100-000 | | 1,186.70 | 48,949.15 |
| 12/16/10 | 104 | STEPHEN V. WICKERSHAM, ESQ. | Final Distribution | 3220-610 | | 80.08 | 48,869.07 |
| 12/16/10 | 105 | STEPHEN V. WICKERSHAM, ESQ. | Final Distribution | 3210-600 | | 5,454.87 | 43,414.20 |
| 12/16/10 | 106 | REIDUN STROMSHEIM | Dividend paid 16.91% on $233,643.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 39,514.06 | 3,900.14 |
| 12/16/10 | 107 | REIDUN STROMSHEIM | Dividend paid 16.91% on $6,132.73, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 1,037.17 | 2,862.97 |
| 12/16/10 | 108 | RICHARD PIEROTTI | Dividend paid 16.91% on $1,611.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 272.54 | 2,590.43 |
| 12/16/10 | 109 | RICHARD PIEROTTI | Dividend paid 16.91% on $66.97, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 11.33 | 2,579.10 |
| 12/16/10 | 110 | U.S. Trustee | Dividend paid 16.91% on $15,250.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 2,579.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 52,653.14 | 52,653.14 | **$0.00** |
| Less: Bank Transfers | 52,653.14 | 0.00 | |
| **Subtotal** | 0.00 | 52,653.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$52,653.14** | |

| | |
|---|---|
| Net Receipts : | 75,354.87 |
| Net Estate : | $75,354.87 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 75,320.75 | 22,701.73 | 0.00 |
| **MMA # 9200-******79-65** | 34.12 | 0.00 | 0.00 |
| **Checking # 9200-******79-66** | 0.00 | 52,653.14 | 0.00 |
| | **$75,354.87** | **$75,354.87** | **$0.00** |

{} Asset reference(s)                                                                 Printed: 01/13/2011 01:12 PM    V.12.56